# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACCLAIM SYSTEMS, INC., | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 17-cv-5607 |
| NORTHROP GRUMMAN CORP., ET AL., | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 29th day of January, 2019, upon consideration of the Motion for Judgment on the Pleadings filed by Defendants, Northrop Grumman Corp., Geometric Results, Inc., and TASC Technical Services, LLC (ECF No. 32), and the responses thereto (ECF No. 37, 45), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. The Clerk of Court is directed to mark this matter **CLOSED**.

                **BY THE COURT:**

                /s/ Mitchell S. Goldberg

                **MITCHELL S. GOLDBERG, J.**